IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EARL DEARMON,

        Plaintiff,                      No. 2:09-cv-1308 JFM (PC)

   vs.

CITY OF FAIRFIELD, et al.,

        Defendants.              ORDER

                                   /

        Plaintiff is a county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed without prejudice on September 29, 2009. On October 27, 2009, plaintiff filed a letter requesting clarification of the reason this action was dismissed. The reason for the dismissal is set forth in this court's August 11, 2009 findings and recommendations, which were adopted in full by the district court on September 29, 2009. Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send plaintiff a copy of this court's August 11, 2009 findings and recommendations and the September 29, 2009 order of the district court adopting those findings and recommendations.

DATED: December 8, 2009.

                                              UNITED STATES MAGISTRATE JUDGE

12;dear1308.expl